UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

YVETTE LAFAYETTE O/B/O
TERRANCE LAFAYETTE

CIVIL ACTION

VERSUS

NO. 06-833-C

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 26, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying the claim of Yvette Lafayette for supplemental security income (SSI) benefits for her son Terrance Lafayette will be reversed, and the claim will be remanded to the Commissioner for reevaluation.

Baton Rouge, Louisiana, December 21, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA